# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DOMAINE SERENE VINEYARDS WINERY, INC., a Minnesota Corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**JACOB RIEGER & CO., LLC, a Missouri limited liability company,**<br><br>Defendant. | Case No. 3:18-cv-01742-JR<br><br>**ORDER** |

**Michael H. Simon, District Judge.**

United States Magistrate Judge Jolie Russo issued Findings and Recommendation in this case on March 20th, 2019. ECF 34. Magistrate Judge Russo recommended that the case should be dismissed without prejudice because this Court lacks personal jurisdiction over Defendant. Judge Russo also recommended that Defendant's alternative motion to transfer venue should be denied as moot. No party has filed objections.

Under the Federal Magistrates Act ("Act"), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate judge's findings and recommendations,

"the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

If no party objects, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."); *United States. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that the court must review *de novo* magistrate judge's findings and recommendations if objection is made, "but not otherwise").

Although review is not required in the absence of objections, the Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court review the magistrate judge's findings and recommendations for "clear error on the face of the record."

No party having made objections, this Court follows the recommendation of the Advisory Committee and reviews Magistrate Judge Russo's Findings and Recommendation for clear error on the face of the record. No such error is apparent. Accordingly, the Court **ADOPTS** Magistrate Judge Russo's Findings and Recommendation, ECF 34. Defendant's Motion to Dismiss (ECF 10) is **GRANTED**.

**IT IS SO ORDERED.**

DATED this 8th day of April, 2019.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge